In the Matter of the Application of the NEW YORK CENTRAL RAILROAD COMPANY, Petitioner, for a Certiorari Order against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK and MILO R. MALTBIE and Others, as Public Service Commissioners, Being Members of Said Commission, Defendants.— Determination confirmed, with fifty dollars costs and disbursements. Hill, P. J., Rhodes and Heffernan, JJ., concur; McNamee and Bliss, JJ., dissent.

GEORGE S. VEAZIE, Respondent, Appellant, v. HAROLD SMITH and Others, as Trustees of School District No. 5, Town of Horseheads, Chemung County, N. Y., Appellants, Respondents.— Judgment modified, on the law and facts, by increasing the amount of recovery by the plaintiff to the sum of $2,710, and as modified affirmed, with costs to the plaintiff. The court makes a new finding that plaintiff at the direction of the board of trustees prepared necessary complete working drawings and specifications for the construction of the proposed schoolhouse, pursuant to the contract which was in writing and in the following form: " Agreement between the Board of Trustees, Dist. No. 5, Town of Horseheads, N. Y., and George S. Veazie, Architect, Elmira, N. Y. The Board of Trustees, who contemplate the erection of an addition to the present School Building, located on Lenox Ave., Town of Horseheads, N. Y., hereby employs George S. Veazie, as the Architect of the proposed work, and requests him to perform, as such, the necessary Architectural service, for the same," and that the board approved of said drawings and specifications. Rhodes, McNamee and Heffernan, JJ., concur; Hill, P. J., and Crapser, J., dissent to modification and vote to affirm.

ELSIE GOULD, Respondent, v. FRANK ELLIS, as Sheriff of the County of Tompkins, New York, Appellant, Impleaded with ALLEN GOULD, Respondent.— Orders unanimously affirmed, with ten dollars costs and disbursements in one order. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

KENNEDY VAN SAUN MANUFACTURING AND ENGINEERING CORPORATION, Appellant, v. MILLER BROTHERS CONSTRUCTION COMPANY, INC., Respondent.— Judgment and order unanimously affirmed, with costs, without prejudice to right of plaintiff to prosecute its action for the foreclosure of the lien referred to in the record. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THOMAS H. CAMERON, Respondent, v. LOUIS MILLER, Doing Business under the Firm Name and Style of QUARTER CAB SERVICE, Appellant, and Another. SAMUEL J. DIXON, Respondent, v. LOUIS MILLER, Doing Business under the Firm Name and Style of QUARTER CAB SERVICE, Appellant, and Another.— Order unanimously affirmed, with costs in one action. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

CHARLES E. SEAGER and Another, Appellants, v. CHARLES B. HYER and Others, Respondents.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.